**ORDERED in the Southern District of Florida on October 29, 2014.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Tomas Venegas
Maritza Gonzalez

Case No: 14-17433-RAM
Chapter 13

Debtors /

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY Wells Fargo Bank, N.A. (Account No. XXXX1998)**
***(Cancels Evidentiary Hearing scheduled for October 29, 2014)***

THIS CASE came to be on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 32 ; the "Motion"). The parties having agreed, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at 175 W 51 Street, Hialeah FL 33012, and more particularly described as THE EAST 100 FEET OF THE WEST 200 FEET OF THE SOUTH 1/2 OF TRACT 6A, BLOCK 6, OF REVISED PLAT OF U-LE-LAH, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 34 AT PAGE 43, OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA. A/K/A LOTS 21 AND 22 BLOCK 6 OF U-LE-LAH RECORDED IN PLAT BOOK 10, PAGE 46, OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA; Parcel Identification Number: 04-2131-031-0450 is $230,000.00 at the time of the filing of this

case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 35,000.00 payable at 5.25% interest for a term of 60 months, for a total monthly payment of $664.51.

3. The Chapter 13 Trustee shall allow no distribution from the unsecured creditor funds to Lender.

4. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered reduced and shall be restored as a lien on the Real Property.

5. (Select only one):

___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

_X_ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and shall not be allowed to claim any unsecured amount, regardless of the

original classification in the proof of claim as filed.

6. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

7. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:
Robert Sanchez, Esq.
355 West 49th St
Hialeah, FL 33012
Tel. (305) 687-8008

Attorney Robert Sanchez, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.