UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
Case 14-17433-RAM    Doc 79    Filed 11/20/14    Page 1 of 1
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**Second Amended Plan**

DEBTOR: Tomas Venegas       JOINT DEBTOR: Maritza Gonzalez   CASE NO.: 14-17433-RAM
Last Four Digits of SS# 0002       Last Four Digits of SS# 2571

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,919.88  for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + 775(Motion to Value) = 4425.00 TOTAL PAID $ 2,500
    Balance Due $1925 payable $192.50 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                    Arrearage on Petition Date  $
Address:                   Arrears Payment    $_____/month (Months _____ to _____)
                           Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank, NA | 175 West 51 Street, Hialeah, FL 33012<br>$182,000 | 5.25% | $664.51 | 1-60 | $39,870.57 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None               Total Due  $_____
                      Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $870.88/month (Months 1 to 10) and Pay $ 1,063.38/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors HSBC, Bank United FC and Hyundai Capital America and will continue to pay said creditors directly outside the plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Robert Sanchez, Esq.                          /s/Robert Sanchez, Esq.
Attorney for Debtor                                Attorney for Joint Debtor
Date: November 20, 2014                            Date: November 20, 2014


LF-31 (rev. 01/08/10)